## BENJAMIN F. GYADU *v.* PERLSTEIN AND AYARS, P.C., ET AL.
### (14917)

Dupont, C. J., and O'Connell, Foti, Landau and Hennessy, Js.

Submitted on briefs June 11—officially released July 16, 1996

Per Curiam. The judgment is affirmed.

## HARWIN COMPANY CORPORATION *v.* COMMISSIONER OF MOTOR VEHICLES
### (14858)

Dupont, C. J., and Landau and Hennessy, Js.

Submitted on briefs June 7—officially released July 16, 1996

Per Curiam. The judgment is affirmed.

## MICHAEL SCHOFF *v.* XENELIS CONSTRUCTION COMPANY, INC.
### (14736)

Dupont, C. J., and Landau and Hennessy, Js.

Submitted on briefs June 7—officially released July 16, 1996

Per Curiam. The judgment is affirmed.